**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JUDICIAL WATCH, INC.,

Plaintiff,

v

UNITED STATES POSTAL SERVICE,

Defendant.

Civil Action No. 21-1735 (CKK)

## JOINT STATUS REPORT

Pursuant to the Court's January 13, 2022 minute order, the parties respectfully submit this Joint Status Report.

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is Plaintiff's April 2021 FOIA request to the U.S. Postal Service seeking:

> 1. All records from January 1, 2020 to the present identifying criteria for flagging social media posts as "inflammatory" or otherwise worthy of further scrutiny by other government agencies.
>
> 2. All records from January 1, 2020 to the present relating to the Internet Covert Operations Program's database of social media posts.
>
> 3. All records and communications from January 1, 2020 to the present between any official of the U.S. Postal Inspection Service and any official of the Federal Bureau of Investigation and/or the U.S. Department of Homeland Security regarding the Internet Covert Operations Program.
>
> 4. All social media posts that the Internet Covert Operations Program has flagged and forwarded to other government agencies.
>
> 5. Any analyses outlining the authority of the U.S. Postal Inspection Service to monitor, track, and collect Americans' social media posts.

6. All records concerning the reasons for the U.S. Postal Inspection Service to monitor, track, and collect Americans' social media posts.

7. All records of communication sent to and by Chief Postal Inspector Gary Barksdale from January 1, 2020 to the present regarding the Internet Covert Operations Program.

2. To date, the United States Postal Inspection Service ("USPIS") has provided interim responses to Plaintiff's FOIA request on December 17, 2021, January 25, 2022, February 25, 2022, and April 8, 2022. In the April 8, 2022 response, USPIS notified Plaintiff that it had conducted a supplemental search for records that may responsive to #3 and #7 of Plaintiff's request, and advised that the search had located approximately 1,723 emails and attachments. USPIS has since determined that the 1,723 emails and attachments were duplicative of records already identified in earlier searches and addressed by USPIS's earlier interim responses.

3. On May 3, 2022, USPIS's supplemental search efforts returned another set of preliminary search results identifying additional potentially responsive documents, and the agency is currently working to assess whether these search results include non-duplicative records that may be responsive to Plaintiff's FOIA request. USPIS anticipates providing Plaintiff with an update regarding these additional search results later this month.

3. This joint status report does not preclude Plaintiff from challenging any redactions or withholdings for any documents already processed and reviewed or for any remaining documents to be processed and reviewed. Once remaining documents have been reviewed and processed, Plaintiff intends to request a draft *Vaughn* index.

Dated: May 10, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

<u>*/s/ Alexandra R. Saslaw*</u>
ALEXANDRA R. SASLAW
D.C. BAR NO. 1618175
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 514-4520
Email: alexandra.r.saslaw@usdoj.gov

*Counsel for Defendants*

<u>*/s/ Kathryn Blankenberg*</u>
PAUL J. ORFANEDES (D.C. Bar No. 429716)
KATHRYN BLANKENBERG (Admitted *Pro Hac Vice)*
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
Tel: (202) 646-5172
Email: porfanedes@judicialwatch.org
kblankenberg@judicialwatch.org

*Counsel for Plaintiff*