**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., | |
| Plaintiff, | Civil Action No. 1:21-cv-01735 (CKK) |
| v. | |
| UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

**JOINT STATUS REPORT**

Pursuant to the Court's August 5, 2022 minute order, the parties respectfully submit this Joint Status Report.

1.      At issue in this Freedom of Information Act ("FOIA") lawsuit is Plaintiff's April 2021 FOIA request to the U.S. Postal Service seeking certain records related to the Internet Covert Operations Program ("ICOP").

2.      The United States Postal Inspection Service ("USPIS") provided interim responses to Plaintiff's FOIA request on December 17, 2021; January 25, 2022; February 25, 2022; April 8, 2022; August 26, 2022; November 4, 2022; March 16, 2023; April 24, 2023; June 30, 2023; July 31, 2023; November 6, 2023; November 7, 2023; and December 3, 2023.

3.      As reported in the parties' July 7, 2022 Status Report, USPIS has run a revised search related to Plaintiff's requests #3 and #7.

5.      USPIS provided interim responses regarding the supplemental search results on August 26, 2022; November 4, 2022; March 16, 2023; April 24, 2023; June 30, 2023; July 31, 2023; November 6, 2023; November 7, 2023; and December 3 and 29, 2023.

1

6.      USPIS reports that it has completed producing documents in response to Plaintiff's FOIA request.

7.      USPIS has determined that certain documents were mistakenly not sent for consultation to other agencies. USPIS reported to Plaintiff on June 10, 2024, that it had sent the documents in question out for consultation with the U.S. Department of Homeland Security, the Treasury Department, and the Federal Bureau of Investigation.

8.      Pursuant to the Court's August 5, 2022, Minute Order, the parties will file a further joint status report on or before October 3, 2024.

Dated: August 5, 2024                    Respectfully submitted,

                                         BRIAN M. BOYNTON
                                         Principal Deputy Assistant Attorney General

                                         MARCIA BERMAN
                                         Assistant Branch Director

                                          /s/ Cormac A. Early
                                         CORMAC A. EARLY
                                         Trial Attorney
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         1100 L Street, NW
                                         Washington, DC 20005
                                         Phone: (202) 616-7420
                                         Email: cormac.a.early@usdoj.gov

                                         *Counsel for Defendants*

                                         */s/ Kathryn Blankenberg*
                                         PAUL J. ORFANEDES (D.C. Bar No. 429716)
                                         KATHRYN BLANKENBERG (Admitted *Pro Hac Vice*)
                                         JUDICIAL WATCH, INC.
                                         425 Third Street SW, Suite 800
                                         Washington, D.C. 20024
                                         Tel:     (202) 646-5172
                                         Email: porfanedes@judicialwatch.org
                                         kblankenberg@judicialwatch.org

*Counsel for Plaintiff*