UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., *Plaintiff*, v. UNITED STATES POSTAL SERVICE, *Defendant*. | Civil Action No. 1:21-cv-01735 (CKK) |

## JOINT STATUS REPORT

Pursuant to the Court's August 5, 2022 minute order, the parties respectfully submit this Joint Status Report.

1. At issue in this Freedom of Information Act ("FOIA") lawsuit is Plaintiff's April 2021 FOIA request to the U.S. Postal Service seeking certain records related to the Internet Covert Operations Program ("ICOP").

2. The United States Postal Inspection Service ("USPIS") provided interim responses to Plaintiff's FOIA request on December 17, 2021; January 25, 2022; February 25, 2022; April 8, 2022; August 26, 2022; November 4, 2022; March 16, 2023; April 24, 2023; June 30, 2023; July 31, 2023; November 6, 2023; November 7, 2023; and December 3, 2023.

3. As reported in the parties' July 7, 2022 Status Report, USPIS has run a revised search related to Plaintiff's requests #3 and #7.

5. USPIS provided interim responses regarding the supplemental search results on August 26, 2022; November 4, 2022; March 16, 2023; April 24, 2023; June 30, 2023; July 31, 2023; November 6, 2023; November 7, 2023; and December 3 and 29, 2023.

1

6. USPIS reports that it has completed producing documents in response to Plaintiff's FOIA request.

7. USPIS has determined that certain documents were mistakenly not sent for consultation to other agencies. USPIS reported to Plaintiff on June 10, 2024, that it had sent the documents in question out for consultation with the U.S. Department of Homeland Security, the Treasury Department, and the Federal Bureau of Investigation.

8. USPIS produced 110 pages of documents sent to the FBI for consultation on November 4, 2024.

9. Documents sent to the Department of Homeland Security and Department of the Treasury remain under review.

10. Pursuant to the Court's August 5, 2022, Minute Order, the parties will file a further joint status report on or before April 1, 2025.

Dated: January 31, 2025             Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director

 /s/ Simon G. Jerome
SIMON GREGORY JEROME
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Phone: (202) 514-2705
Email: simon.g.jerome@usdoj.gov

*Counsel for Defendant*

/s/ *Kathryn Blankenberg*
PAUL J. ORFANEDES (D.C. Bar No. 429716)
KATHRYN BLANKENBERG (Admitted *Pro Hac Vice*)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, D.C. 20024
Tel:     (202) 646-5172
Email:  porfanedes@judicialwatch.org
    kblankenberg@judicialwatch.org

*Counsel for Plaintiff*